10:59  

◁ 6

+1 (833) 598-1776 ›

Text Message • SMS
Jun 12, 2024 at 4:14 PM

Alco Windows and Doors has requested a Consumer Deposit/Initial Charge of $12,000.00.

To approve this payment, please respond to this text with code 742110.

742110

Payment request of $12,000.00 to Alco Windows and Doors has been approved.

The sender is not in your contact list.

Report Junk

+ Text Message • SMS 🎤